No. 80–6604.   THOMAS v. GEORGIA.   Sup. Ct. Ga.; and

No. 80–6623.   COLLINS v. ARKANSAS.   Sup. Ct. Ark.   Certiorari denied.   Reported below: No. 80–6604, 247 Ga. 233, 275 S. E. 2d 318; No. 80–6623, 271 Ark. 825, 611 S. W. 2d 182.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 79–5269.   EDWARDS v. ARIZONA, 451 U. S. 477;

No. 80–1073.   MARCAL v. LOUISIANA, 451 U. S. 977;

No. 80–1310.   TRANSWESTERN PIPELINE CO. v. FEDERAL ENERGY REGULATORY COMMISSION, 451 U. S. 937;

No. 80–1461.   CLEAR PINE MOULDINGS, INC. v. NATIONAL LABOR RELATIONS BOARD, 451 U. S. 984;

No. 80–1546.   ACQUISTO v. LEE COUNTY BOARD OF PUBLIC INSTRUCTION ET AL., 451 U. S. 971;

No. 80–6210.   BLOCKER v. HERMAN ET AL., 451 U. S. 989;

No. 80–6231.   DICK v. GEORGIA, 451 U. S. 976;

No. 80–6275.   TURNER v. UNITED STATES, *ante,* p. 907;

No. 80–6360.   MOUNT v. CHASE BANK ET AL., 451 U. S. 975;

No. 80–6410.   FREE v. ALABAMA, 451 U. S. 990;

No. 80–6433.   CHICCO v. PECK, 451 U. S. 1019;

No. 80–6507.   BELL v. ILLINOIS, *ante,* p. 908;

No. 80–6528.   WINCHELL v. SECRETARY OF HEALTH AND HUMAN SERVICES, 451 U. S. 992;

No. 80–6554.   JOHNSON v. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES, *ante,* p. 909; and

No. 80–6566.   BURROUGHS v. SECRETARY OF HEALTH AND HUMAN SERVICES, 451 U. S. 993.   Petitions for rehearing denied.